IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT J. MARX,

                                  JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                  15-cv-764-wmc

v.

RICHLAND COUNTY, WI and
KAREN KNOCK,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/20/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |