# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**ROBERT J. MARX,**

    Plaintiff,

v.

**RICHLAND COUNTY, et al.,**

    Defendant.

Case No. 15-cv-764-wmc

Judge William M. Conley

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and 4(a), Plaintiff ROBERT J. MARX ("Plaintiff") hereby appeals to the United States Court of Appeals for the Seventh Circuit from the following orders of the United States District Court for the Western District of Wisconsin: 1.) final judgement in favor of Richland County ("Defendant") entered in on the 28th day of March 2019 (Doc. #43), 2.) order granting Defendants' Motion for Summary Judgement (Doc. #42), 3.) and order denying Plaintiff's Motion to Alter or Amend Judgement (Doc. #47).

Plaintiff was permitted to proceed *in forma pauperis* in the above action (Doc. #7) and presumes to qualify for pauper status on appeal in accordance with F.R.A.P Rule 24(a)(3).

RESPECTFULLY SUBMITTED: April 12, 2019

Robert J. Marx, Pro se
15125 High Hill Drive
Richland Center, WI 53581
608.298.3090

ROBERT J. MARX

*/s/ R.J. Marx*
Pro se